# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEAH P. HOLLIS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:19-cv-3555 (GLR)<br>) |
| MORGAN STATE UNIVERSITY, *et al.*, | )<br>) |
| Defendants. | )<br>) |

## JOINT MOTION TO AMEND THE REMAINING SCHEDULING ORDER DEADLINES

Plaintiff Leah Hollis and Defendants, Morgan State University et al., by and through undersigned counsel, hereby jointly move the Court pursuant to Rules 6(b) and 16(b) of the Federal Rules of Civil Procedure and Discovery Guideline 1(a) to extend the remaining discovery deadlines of the Scheduling Order. In support of this joint motion, the parties refer the Court to their memorandum of points and authorities. The parties have conferred and propose the attached Scheduling Order.

Respectfully submitted,

/s/_____
Aderson Francois (MD Bar No. 17449)
Marissa K. Hatton (DC Bar No. 219291), *pro hac vice*
Civil Rights Clinic
Georgetown University Law Center
600 New Jersey Avenue NW, Suite 352 Washington, D.C. 20001
(202) 662-9546
Aderson.Francois@georgetown.edu
Marissa.Hatton@georgetown.edu

*Attorneys for Plaintiff*

BRIAN E. FROSH
Attorney General of Maryland

/s/
Raymond R. Mulera (#09454)
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
rmulera@oag.state.md.us
 (410) 576-7053

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEAH P. HOLLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-3555 (GLR) |
| | ) |
| MORGAN STATE UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO EXTEND THE REMAINING SCHEDULING ORDER DEADLINES

Discovery is currently scheduled to close on December 4, 2020, and the parties hereby jointly request that this Court extend the remaining Scheduling Order deadlines.

Counsel for Plaintiff Leah Hollis and Counsel for Defendants, Morgan State University et al., have been working diligently to complete discovery in this matter. Both parties have propounded Interrogatories and Requests for Production of Documents. Plaintiff has fully responded to all discovery requests. Defendants have provided substantial responses to Plaintiff's discovery requests, however, the Coronavirus (COVID-19) Pandemic, which necessitated the closure of Morgan State University's campus and the reassignment of most University employees to work-from-home status, has prevented Defendants from completing the search for all documents responsive to Plaintiff's requests. Defendants are still searching for and producing documents. Plaintiff's outstanding discovery requests are impacted by Defendant's ability to gather documents
1

and provide full responses. The parties regularly confer on the status of document production and the parties continue to work together to resolve discovery disagreements.[1]

The parties believe an extension of the Scheduling Order is necessary to engender a more effective discovery process and to accommodate unforeseen administrative barriers to Defendants' access to gathering documents. Currently, document production and responses to Plaintiff's original requests are still outstanding, and neither party has taken depositions. This motion is not being proffered for the purposes of undue delay, and neither party will suffer undue prejudice should the requested relief be granted.

Pursuant to Federal Rule 6(b)(1)(A), this present Motion is filed before the expiration of the prescribed discovery period, currently scheduled to close on December 4, 2020, and good cause exists to extend the remaining schedule based on COVID-19 delays. On October, 26, 2020, the parties jointly sought and received a settlement conference extension to March 23, 2021 from Chief Magistrate Judge Beth Gesner and on November 25, 2020, the parties also agreed to extend the October and November discovery deadlines in good faith to facilitate a full and complete discovery process. In accordance with Discovery Guideline 1(a) of the Maryland's Local Rules, the parties jointly propose a modified schedule that would permit discovery to be completed in a more just, speedy, and inexpensive way, as outlined below.

After meeting and conferring, the parties propose the following schedule to govern the remainder of the litigation:

---

[1] On September 14, 2020, the parties met and conferred to discuss outstanding document production. On September 16, 2020, Plaintiff's received Defendants' Responses to Plaintiff's First Set of Interrogatories, and on September 21, 2020, Plaintiff received Defendants' Responses to Plaintiff's Requests for Production. On October 2, 2020, the parties met and conferred to discuss discovery and the jointly scheduled deadlines. Following this call, Defendants produced additional documents, as well as a discovery update on October 15, 2020. Pursuant to Defendants' responses to Plaintiff's First Set of Interrogatories, on October 30, 2020, Plaintiff submitted to Defendant a Deficiency Letter, to which Defendant provided responses and objections. On November 25, 2020, the parties met and conferred in an attempt to resolve the outstanding discovery disputes.

| Event | Current Date | Proposed Date |
|---|---|---|
| Plaintiff's Rule 26(a)(2) disclosures | October 2, 2020 | February 17, 2021 |
| Defendant's Rule 26(a)(2) disclosures | October 30, 2020 | March 17, 2021 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | November 13, 2020 | March 31, 2021 |
| Rule 26(e)(2) supplementation of disclosures and responses | November 20, 2020 | April 7, 2021 |
| Discovery Deadline; Submission of Status Report | December 4, 2020 | April 21, 2021 |
| Requests for Admission | December 18, 2020 | May 5, 2021 |
| Dispositive pretrial motions deadline | January 8, 2021 | May 19, 2021 |

Respectfully submitted,

/s/_____
Aderson Francois (MD Bar No. 17449)
Marissa K. Hatton (DC Bar No. 219291), *pro hac vice*
Civil Rights Clinic
Georgetown University Law Center
600 New Jersey Avenue NW, Suite 352 Washington, D.C. 20001
(202) 662-9546
Aderson.Francois@georgetown.edu
Marissa.Hatton@georgetown.edu

*Attorneys for Plaintiff*


BRIAN E. FROSH
Attorney General of Maryland

/s/_____
Raymond R. Mulera (#09454)
Assistant Attorney General
Office of the Attorney General

3

200 Saint Paul Place
Baltimore, Maryland 21202
rmulera@oag.state.md.us
(410) 576-7053

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 1, 2020, I electronically filed the above document with the Clerk of the Court using the ECF System, which will provide electronic copies to the counsel of record.

*/s/ Marissa Hatton*
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEAH P. HOLLIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MORGAN STATE UNIVERSITY, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:19-cv-3555 (GLR) |

### [JOINT PROPOSED] **SCHEDULING ORDER**

The following dates shall govern discovery and dispositive motions deadlines in this case:

| | |
|---|---|
| February 17, 2021 | Plaintiff's Rule 26(a)(2) disclosures |
| March 17, 2021 | Defendants' Rule 26(a)(2) disclosures |
| March 31, 2021 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| April 7, 2021 | Rule 26(e)(2) supplementation of disclosures and responses |
| April 21, 2021 | Discovery deadline; Submission of status report |
| May 5, 2021 | Requests for Admission |
| May 19, 2021 | Dispositive pretrial motions deadline |

Dated: _____, 2020

_____
George L. Russell
UNITED STATES DISTRICT COURT
JUDGE