# Exhibit A

March 4, 2020

RE: Case 1:19-cv-03555-GLR

**(Affidavit statement of S. LeBoon regarding the unlawful actions and abuses perpetrated against Dr. Leah Hollis) This statement has been notarized**

On June 10, 2014, I was accepted into the School of Graduate Studies at Morgan State University to pursue the Doctor of Philosophy Degree in the Higher Education program beginning Fall 2014 (transferred Doctor of Philosophy from a different University as scholar faculty member Dr. Leah Hollis endorsed). **(Exhibit 1)**

On July 27, 2014, I was selected to attend Graduate Orientation and meet Dr. Glenda Prime in person to discussed school policies and candidacy program.

On August 20, 2014, I personally engaged and participated in extensive communications with Dr. Glenda Prime (on campus) regarding her views on faculty and university policies regarding Doctoral Students.

On August 20, 2014, when questioning Dr. Prime about full time tenure faculty and when my endorsement from Dr. Leah Hollis would be acquiring her faculty tenure, she responded to in a very angrily and hostile tone and said, **"Dr. Leah Hollis will never receive her tenure because she is a reject lesbian who will never receive her tenure while I maintain my office."** I was dumbfounded for these unlawful remarks from na Administrator who works at an HBCU. I also took the time to remind her what I did for a living as a former executive in the Human Resources Industry and I also advised her that I will be reporting these barbaric, unlawful and discriminatory remarks of Dr. Glenda Prime to the EOC office on campus. Her response to me, **"my boys get the crown jewel, not a foul mouth reject lesbian, Dr. Hollis will never receive my blessing of any tenure at my University."**

On or about August 21, 2014, I had a second meeting with Dr. Glenda Prime on campus. I asked her to explain to me why a renowned publisher and a devoted faculty would not receive her blessing for tenure. Her response was, **"she's a disgusting lesbian and another reason why I unpaid her so she will leave my campus, very soon!."**

On or about January16, 2015, after failed engagements with the Morgan State University EOC internal office for discrimination against their very own faculty, Dr. Leah Hollis, I decided to formally withdraw from the Doctoral Program pursing the PhD in Higher Education and not attend Morgan State University in any capacity to the sinister treatment of women and how the compensation and promotions systems are being controlled by Dr. Glenda Prime.

I am submitting this affidavit now because I am very afraid of the unlawful repercussions against Dr. Leah Hollis and the hostile work environment Morgan State will create for me exposing the truth about Dr. Glenda Prime and the University that she serves. I waited until now to publish these statement so that Dr. Hollis will be protected by the United States Federal Judge assigned to her case and remove any reprisals because of these statements of truths and facts about Dr. Leah Hollis journey of becoming the best and brightest faculty for the HBCU.

Best Regards,
Former PhD Student

*(signature)*

Steve LeBoon
484-716-4567
P.O. Box 552
Dover, DE 19903

THIS INSTRUMENT WAS ACKNOWLEDGED BEFORE ME ON 3/4/2020, BY Steve LeBoon

*(notary signature)*

OASIS RIOS DIAZ
Notary Public
State of Delaware
My Commission Expires On
July 25, 2021

HOL_0001839



# MORGAN STATE UNIVERSITY
GROWING THE FUTURE • LEADING THE WORLD

The School of Graduate Studies

June 10, 2014

Mr. Steve Leboon

Dear Mr. Leboon:

I am pleased to inform you that you have been granted admission to the School of Graduate Studies at Morgan State University to pursue the Doctor of Philosophy degree in the Higher Education program beginning Fall 2014. The 2010-2013 School of Graduate Studies Catalog stipulates the number of years you will have to complete all degree requirements under the Statute of Limitations policy. Pursuant to the Statute of Limitations policy, you will have 7 years to complete all degree requirements.

I encourage you to contact the Graduate Coordinator/Chairperson of the program to which you have been admitted. See enclosed document for information concerning your academic advisor, curriculum requirements, comprehensive examinations and thesis or dissertation. Based on responses in your application for admission, tuition rates coincide with your state residency status set at Non-Resident.

For more information on financial aid, your Morgan Email account activation, and graduate student housing you may refer to the enclosed pages, "Starting Graduate Studies", "New Student Technology 411" and "WEBSIS (Banner) Registration" regarding graduate course registration. Your Banner identification number is 00194542 and your email address is stleb1@morgan.edu.

Sincerely,

Mark Garrison, PhD
Dean, School of Graduate Studies

Enclosures

THIS INSTRUMENT WAS ACKNOWLEDGED BEFORE ME
ON 3/4/2020, BY Steve LeBoon

OASIS RIOS DIAZ
Notary Public
State of Delaware
My Commission Expires On
July 25, 2021

1700 E. Cold Spring Lane • 310 McKeldin Center • Baltimore, Maryland 21251
Tel: 443-885-3185 • Fax: 443-885-8226

HOL_0001840