# Exhibit H

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:19-cv-03555

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Steve LeBoon
on *(date)* 1/7/22 .

☐ I served the subpoena by delivering a copy to the named individual as follows:

_____

on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: Servee was avoiding Service.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/13/22

*Server's signature*

Kelly Jansen - Process Server
*Printed name and title*

104 E Pine St, Georgetown, DE
*Server's address*

Additional information regarding attempted service, etc.:

## AFFIDAVIT OF NON-SERVICE (AVOIDING SERVICE)

| Case:<br>1:19-cv-03555 | Court:<br>United States Districit Court for the State of Maryland | County:<br>, MD | Job:<br>6535351 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Leah p. Hollis | | **Defendant / Respondent:**<br>Morgan State Unicersity, et al. | |
| **Received by:**<br>Base Ent. Inc d/b/a Info Retrieval | | **For:**<br>State Of Maryland Office of the Attorney General | |
| **To be served upon:**<br>Steve LeBoon | | | |

I, Kelly Jansen, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Steve LeBoon , 1025 WestView Terrace, Dover, De 19904 |
| **Manner of Service:** | Unsuccessful Attempt- Avoiding Service |
| **Documents:** | Subpoena to produce documents /information |

**Additional Comments:**

1) Unsuccessful Attempt: Jan 7, 2022, 2:33 pm EST at 1025 WestView Terrace, Dover, De 19904
Man came to front door after ringing door bell. I said Hi Mr LeBoon and he responded with "He doesn't live here." I asked him has a Steve ever lived here and he said no. I told him I have a check for him and asked again are you positive because this is the address we have. He proceeded to say I told you he doesn't live here and shut the door.

2) Unsuccessful Attempt: Jan 10, 2022, 6:54 pm EST at 1025 WestView Terrace, Dover, De 19904
No answer to door knock or Ring doorbell. Living room light on inside and exterior light beside garage is lit. No car in driveway. Left note on front door & garage door

3) Unsuccessful Attempt: Jan 10, 2022, 9:12 pm EST at 1025 WestView Terrace, Dover, De 19904
Spoke to next-door neighbor at 1019. While in their home observed vehicle had entered driveway at 1025 (had DE vanity tag "Belle"). Noticed glass front door of residence had been covered and storm door had been locked. Spoke to female voice via Ring doorbell telling her I was process server who had legal docs for Steven Leboon - she told me Steve LeBoon did not live at residence. I told her he owned the residence with his wife and my server had spoken to him at the home where he had lied also about him living at the home. Limited back-and-forth: she asked if I wanted her to call the police. I responded, "Yes, please- that would be great!" She stopped responding . I continued to attempt service. I also called phone numbers database showed were Leboon's land line & cell numbers. Additionally left text message on cell number.

_____  1/12/22
Kelly Jansen            Date

Base Ent. Inc d/b/a Info Retrieval
P.O. Box 268
Georgetown, DE 19947

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

1/12/22        12/3/23
Date           Commission Expires

ALLISON CATHERINE RICH
Notary Public
State of Delaware
My Commission Expires on Dec 3, 2023