IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEAH P. HOLLIS, | * |
| *Plaintiffs*, | * |
| v. | * |
| | No. 1:19-cv-3555-LKG |
| MORGAN STATE UNIVERSITY, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

Upon consideration of Defendants' Consent Motion to Amend Scheduling Order, it is this 7th day of June, 2023,

**ORDERED**, that the Motion is **GRANTED**, and it is further

**ORDERED**, that Defendants shall file their opposition to Plaintiff's cross-motion for summary judgment and reply in support of Defendants' motion for summary judgment by July 5, 2023, and Plaintiff shall file her reply in support of Plaintiff's cross-motion for summary judgment by August 4, 2023.

/s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
UNITED STATES DISTRICT JUDGE