IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEAH P. HOLLIS,<br>    *Plaintiff,*<br><br>  v.<br><br>MORGAN STATE UNIVERSITY, *et al.*,<br><br>    *Defendants.* | No. 1:19-cv-3555-LKG |

**JOINT MOTION TO UNSEAL CERTAIN EXHIBITS
TO THE MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND CERTAIN EXHIBITS IN SUPPORT OF
PLAINTIFF'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT
AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    The parties, by and through undersigned counsel, pursuant to Local Rule 113.3, hereby move for an order to unseal the following Exhibits to the Memorandum of Law in Support of Defendants' Motion for Summary Judgment: Defendants' Exhibits: 12, 25-29, 32-37, 40, 44-47, 55-56, 59-73, 78-89, 98-108, 130-131, and 135; and the following Exhibits to the Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment: Plaintiff's Exhibits: 1, 5, 6, 8, 10, 11, 12, 13, 16, 27, 28, 29, 31; and Exhibit 144 to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment and Reply. In support of this motion, the parties states as follows:

    1.  On May 19, 2020, the Court entered a Stipulated Order Regarding Confidentiality of Discovery Material ("Stipulated Confidentiality Order"). The Order allows for a party to designate certain materials as "Confidential." When material is so designated, the party has an obligation to file the material under seal with the Court. See ECF No. 22 at ¶ 2.

2. In accordance with the terms of the Stipulated Confidentiality Order, on February 16, 2023, Defendants moved the Court for an interim order to seal the following Exhibits to the Memorandum of Law in Support of Defendants' Motion for Summary Judgment: Defendants' Exhibits: 12, 25-29, 32-37, 40, 44-47, 55-56, 59-73, 77-89, 92, 97-108, 130-131 and 135. See ECF Nos. 88-89. On May 15, 2023, Plaintiff moved the Court for an interim Order to seal Exhibits to the Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment: Plaintiff' Exhibits 1, 5, 6, 8, 10, 11, 12, 13, 16, 21, 26, 27, 28, 29, 31. See ECF Nos. 96-97.

3. On September 27, 2023, the Court issued an Order granting Defendants' and Plaintiff's respective motions to seal. See ECF No. 107.

4. On April 26, 2024, the Court issued an Order and Sealed Memorandum Opinion, granting Defendants' Motion for Summary Judgment and denying Plaintiff's Cross Motion for Summary Judgment. The Court also directed the parties to file a joint status report regarding redactions of material from the Court's Sealed Memorandum Opinion covered under the Stipulated Confidentiality Order. See ECF Nos. 108-109.

5. The parties conferred and, on May 10, 2024, filed a joint report, agreeing that no material need be redacted from the Court's Memorandum, and stating a further status report would follow regarding unsealing of any exhibits. See ECF No. 110. That same day, the Court unsealed the Memorandum Opinion, granting Defendants' Motion for Summary Judgment and denying Plaintiff's Cross Motion for Summary Judgment. See ECF No. 111.

6. The parties have now conferred and jointly respectfully request the Court issue an Order unsealing the following Exhibits to the Memorandum of Law in Support of Defendants' Motion for Summary Judgment: Defendants' Exhibits 12, 25-29, 32-37, 40, 44-47, 55-56, 59-73,

78-89, 98-108, 130-131, and 135; the following Exhibits to the Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment: Plaintiff's Exhibits: 1, 5, 6, 8, 10, 11, 12, 13, 16, 27, 28, 29, 31; and Exhibit 144 to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment and Reply.

7. A proposed order is attached.

Respectfully submitted,

*/s/ Aderson Francois*
Aderson Francois (D.C. Bar No. 498544)
Civil Rights Clinic
Georgetown University Law Center
600 New Jersey Avenue NW, Suite 312
Washington, DC 20001
Phone: (202) 661-6721
Fax: (202) 662-9634
Aderson.Francois@georgetown.edu

*Attorney for Plaintiff*


ANTHONY G. BROWN
Attorney General of Maryland

/s/ Lillian L. Reynolds
_____
LILLIAN L. REYNOLDS #30225
 Assistant Attorneys General
Office of the Attorney General
Higher Education Division
200 Saint Paul Place, 17th Floor
Baltimore, Maryland 21202
lreynolds@oag.state.md.us
(410) 576-6481

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on this 8th day of October, 2024, the foregoing was served by CM/ECF on all counsel of record.

*/s/ Aderson Francois*
Aderson Francois

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEAH P. HOLLIS, *Plaintiff,* v. MORGAN STATE UNIVERSITY, *et al.*, *Defendants*. | No. 1:19-cv-3555-LKG |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Unseal Certain Exhibits to the Memorandum of Law in Support of Defendants' Motion for Summary Judgment and Certain Exhibits in Support of Plaintiff's Cross Motion for Partial Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment, it is this ___ day of October, 2024,

**ORDERED** that the Joint Motion is hereby **GRANTED**; and

**ORDERED** that Exhibits 12, 25-29, 32-37, 40, 44-47, 55-56, 59-73, 78-89, 98-108, 130-131, and 135 to the Memorandum of Law in Support of Defendants' Motion for Summary Judgment; Exhibits 1, 5, 6, 8, 10, 11, 12, 13, 16, 27, 28, 29, 31 to Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment; and Exhibit 144 to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment and Reply are hereby unsealed.

_____
The Honorable Lydia Kay Griggsby
United States District Court Judge