**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| LEAH P. HOLLIS, )<br><br>        Plaintiff, )<br><br>v. )<br><br>MORGAN STATE UNIVERSITY, et al., )<br><br>        Defendants. ) | Civil Action No. 19-cv-3555-LKG<br><br>Dated: October 24, 2024 |

## ORDER

On October 8, 2024, the parties filed a joint motion to unseal certain exhibits to the memorandum of law in support of defendants' motion for summary judgment and certain exhibits in support of plaintiff's cross motion for partial summary judgment and in opposition to defendant's motion for summary judgment, pursuant to Local Rule 113.3.  ECF No. 115.  Local Rule 113.3 provides, in relevant part, that "within thirty (30) days of the final termination of an action, counsel may request  . . . that . . . materials be unsealed."  L.R. 113.3 (D. Md. 2023).

In light of the foregoing, the Court **GRANTS** the parties' joint motion to unseal (ECF No. 115); and **DIRECTS** the Clerk to **UNSEAL**:

(1) Exhibits 12, 25-29, 32-37, 40, 44-47, 55-56, 59-73, 78-89, 98-108, 130-131, and 135 to the memorandum of law in support of the Defendants' motion for summary judgment (ECF Nos. 88-1, 88-2, 88-3, 88-4, 88-5, 88-6, 88-7, 88-8, 88-9, 88-10, 88-11, 88-12, 88-13, 88-14, 88-15, 88-16, 88-17, 88-18, 88-19, 88-20, 88-21, 88-22, 88-23, 88-24, 88-25, 88-26, 88-27, 88-28, 88-29, 88-30, 88-31, 88-32, 88-33, 88-34, 88-36, 88-37, 88-38, 88-39, 88-40, 88-41, 88-42, 88-43, 88-44, 88-45, 88-46, 88-47, 88-50, 88-51, 88-52, 88-53, 88-54, 88-55, 88-56, 88-57, 88-58, 88-59, 88-60, 88-61, 88-62, 88-63);

(2) Exhibits 1, 5, 6, 8, 10, 11, 12, 13, 16, 27, 28, 29, and 31 to the Plaintiff's motion for partial summary judgment and in opposition to the Defendants' motion for summary judgment (ECF Nos. 98-1, 98-2, 98-3, 98-4, 98-5, 98-6, 98-7, 98-8, 98-9, 98-12, 98-13, 98-14, 98-15); and

(3) Exhibit 144 to the Defendants' opposition to the Plaintiff's motion for partial summary judgment and reply (ECF No. 102).

In addition, the parties shall **FILE** a joint status report on or before **November 7, 2024**, regarding whether the following exhibits should remain under seal:

(1) Exhibits 77 and 97 to the memorandum of law in support of the Defendants' motion for summary judgment (ECF Nos. 88-35, 88-49); and

(2) Exhibits 21 and 26 to the Plaintiff's motion for partial summary judgment and in opposition to the Defendants' motion for summary judgment (ECF Nos. 98-10, 98-11).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

2