IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEAH HOLLIS,

    Plaintiff,

v.                                                                                          CASE NO. 1:19-cv-03555-LKG

MORGAN STATE UNIVERSITY, *et al.*,

    Defendants.

## JOINT STATUS REPORT

Pursuant to this Court's Order directing "the parties to file a Joint Status Report regarding how this matter should proceed, on or before November 24, 2025," ECF No. 129, undersigned counsel jointly report as follows:

The Parties have commenced settlement discussions. Specifically, Plaintiff submitted a demand letter on November 19, 2025. Defendant is in the process of assessing the demand and its response thereto. The parties will submit a further status report on or before January 9, 2026 to report on progress regarding settlement discussions.

Respectfully submitted by,

/s/                                                                                                    11/19/25
ADERSON FRANCOIS, Md. Bar No. 17449                       Date
Civil Rights Clinic
Georgetown University Law Center
600 New Jersey Avenue NW, Suite 352
Washington, D.C. 20001
Tel.: 202-662-6721
E-mail:  aderson.francois@georgetown.edu
*(Counsel for Plaintiff)*

| | |
|---|---|
| /s/ | 11/20/25 |
| COURTNEY M. WATKINS | Date |

Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, MD 21202
Tel: (410) 576-7076
cwatkins@oag.state.md.us
*(Counsel for Defendants)*

## CERTIFICATE OF SERVICE

I certify that, on the 24th of November, 2025, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

/s/
ADERSON FRANCOIS
*Counsel for Plaintiff*