### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEAH P. HOLLIS, ) ) Plaintiff, ) ) v. ) ) MORGAN STATE UNIVERSITY, *et al.*, ) ) Defendants. ) | Civil Action No. 19-cv-3555-LKG<br><br>Dated: February 4, 2026 |

### ORDER

On January 9, 2026, the parties filed a joint status report in the above-captioned civil matter, stating that: (1) the parties have commenced settlement discussions; (2) the Plaintiff submitted a demand letter to the Defendants on November 19, 2025; (3) the Defendants are continuing to review the demand letter to provide a substantive response; and (4) the parties intend to continue settlement discussions. ECF No. 134. In the joint status report, the parties each requested the Court to submit a status report regarding settlement discussions. *Id.*

In light of the foregoing, the Court **DIRECTS** the parties to **FILE** a joint status report, **on or before March 9, 2026**, stating the progress of settlement discussions and, if necessary, proposing a schedule for further proceedings, including a settlement conference.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge