IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEAH HOLLIS,

    Plaintiff,

v.                                                                                    CASE NO. 1:19-cv-03555-LKG

MORGAN STATE UNIVERSITY, *et al.*,

    Defendants.

## JOINT STATUS REPORT

On February 4, 2026, the Court entered an Order, directing "the parties to file a Joint Status Report on or before March 9, 2026, stating the progress of settlement discussions and, if necessary, proposing a schedule for further proceedings, including a settlement conference." ECF No. 135. Undersigned counsel previously conferred and now jointly report as follows:

**Plaintiff's Position:** The Parties initially conferred on November 7, 2025 to discuss settlement and agreed to exchange settlement proposals in order to make a preliminary determination whether mediation would be productive. Plaintiff submitted a demand letter on November 19, 2025 and reached out to Defendants on January 7, 2026, and February 12, 2026 to solicit a response to the demand letter. Plaintiffs received a response from Defendants on March 4, 2026 asking for more information, but have not yet received a response to the demand letter. Due to the lack of progress on settlement proceedings, Plaintiffs are filing a motion for pretrial conference to clarify the need for additional briefing and set a schedule for trial.

**Defendants' Position:** Defendants remain interested in exploring settlement and continue to work on securing final settlement authority. To engage in meaningful discussions, Defendants requested that Plaintiff substantiate the basis for her lost wages calculation. In addition,

Defendants requested that Plaintiff provide fee statements pursuant to Appendix B of the Local Rules. Plaintiff provided some of the requested information on March 9, 2026. Defendants will assess and provide a response to Plaintiff's settlement demand in the near future based on this updated information. Defendants do not believe that a pretrial conference is warranted at this stage. Under Local Rule 106, the pretrial conference is accompanied by a proposed pretrial order that requires, among other things, a statement of the facts and legal theories for each claim and defense, stipulations of fact, details of damages claimed and other relief sought as of the date of the pretrial conference, and comprehensive exhibit and witness lists. In Defendants' view, it would be more efficient to address those topics after the Court has addressed the issues left open by the Fourth Circuit's remand and clarified which claims will proceed to trial. In light of the ongoing settlement discussions and the unresolved issues on remand, Defendants respectfully propose that the Court direct the parties to submit another joint status report within sixty (60) days.

Respectfully submitted by,

| | |
|---|---|
| s/_____ | ___3/9/26_____ |
| ADERSON FRANCOIS, Md. Bar No. 17449 | Date |
| Civil Rights Clinic | |
| Georgetown University Law Center | |
| 600 New Jersey Avenue NW, Suite 352 | |
| Washington, D.C. 20001 | |
| Tel.: 202-662-6721 | |
| E-mail: aderson.francois@georgetown.edu | |
| *(Counsel for Plaintiff)* | |

ANTHONY G. BROWN
Attorney General of Maryland

       */s/ Courtney M. Watkins*
COURTNEY M. WATKINS # 21151
SARAH MARQUARDT # 17294
Assistant Attorneys General
Office of the Attorney General
Higher Education Division
200 Saint Paul Place, 17th Floor
Baltimore, Maryland  21202
cwatkins@oag.maryland.gov
smarquardt@oag. maryland.gov
(410) 576-7076

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that, on March 9, 2026, the foregoing was served on all counsel of record.