# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

LEAH P. HOLLIS,

      *Plaintiff,*

    v.

MORGAN STATE UNIVERSITY, *et al.*,

      *Defendants*.

Case No. 1:19-cv-03555

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRETRIAL CONFERENCE

Upon Plaintiff's motion to schedule a pretrial conference,

It is hereby **ORDERED** that Plaintiff's motion is **GRANTED** and a pretrial conference will be held. It is further **ORDERED** that parties will appear before the court to schedule the pretrial conference on ____, 2026 at ____ AM/PM.

Dated: _____

_____
The Honorable Lydia Kay Griggsby
United States District Court Judge